# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Pierre Chatmon, | ) | CASE NO. 1:15CV719 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher LaRose, | ) | |
| | ) | |
| Respondent. | ) | **ORDER AND DECISION** |
| | ) | |

On April 20, 2016, this Court instructed Petitioner Pierre Chatmon to file any objections to the pending Report and Recommendation by no later than May 4, 2016. Upon attempting to serve that order, the Court learned that Chatmon had been transferred and had not informed the Court. As a result, the order was served upon Chatmon at his new address on May 3, 2016. More than 60 days have passed since the order was served on Chatmon, and he has not responded to the Report and Recommendation in any manner.

The Court has examined the Report and Recommended Decision of the Magistrate Judge submitted in this matter on February 3, 3016. Doc. 12. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that petition is hereby DISMISSED AS TIME BARRED.

1

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

July 7, 2016 /s/ John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT